## United States District Court
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____                    DOCKET NO. ___16-mc-405_____

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

     YOU ARE COMMANDED, that of the goods and chattels of the Foreign Terrorist Organization Defendant FARC, and any agency or instrumentality thereof, including blocked assets of the members of the U.S. Treasury Department Office of Foreign Assets Control ("OFAC") designated members of the "El Aissami & Lopez Bello Network" identified in Exhibit 1 hereto, in your district you cause to be made the sum of Three Hundred and One Million, Two Hundred Seventy Six Thousand, One Hundred Seventy Eight dollars and 28 cents ($301,276,178.28), which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, KEITH STANSELL et al., recovered against the said FARC et al., in an action between PLAINTIFFS KEITH STANSELL et al, and DEFENDANTS, FARC et al., in favor of said PLAINTIFFS KEITH STANSELL et al, as appears by the record filed in the Clerk's Office of said District, June 15, 2010 Order and Judgment under the Anti-Terrorism Act rendered by the U.S. District Court for the Middle District of Florida in Case No. 8:09-cv-2308, and registered in this District pursuant to 28 U.S.C. §1963 in SDNY Case No. 1:16-mc-00405 on the 10th day of November in the year of 2016, and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands so ever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

     WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the ___ day of _____ in the year of _____ our Lord , and of the Independence of the United States the two hundred ____ year.

                                                                     _____
                                                                           CLERK

SDNY Web
06/01/2016

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Plaintiffs, KEITH STANSELL et al.,

-against-

Defendant, "FARC" et al., a Foreign Terrorist Organization [FTO] and a Specially Designated Narcotics Trafficker under the Foreign Narcotics Kingpin Designation Act [SDNTK], and any other agency or instrumentality thereof

## EXECUTION AGAINST PROPERTY

Porter & Korvick.P.A.
Attorneys for Plaintiffs

Borough of Manhattan City of New York

To the Marshal:
You will levy and collect Three Hundred and One Million, Two Hundred Seventy Six Thousand, One Hundred Seventy Eight dollars and 28 cents ($301,276,178.28), with zero interest, besides your fees, etc.

_____
Attorney
Tony Korvick, Esq.

# EXHIBIT 1

[redacted]

