USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
KEITH STANSELL ET AL.,

                           Plaintiffs,

      -against-

REVOLUTIONARY ARMED FORCES OF
COLUMBIA (FARC) ET AL.,

                           Defendants.
------------------------------------------------------------------- x

16-MC-405 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is aware of potentially relevant opinions that were filed in the Southern District of Florida and the Eleventh Circuit after the Parties completed briefing on the Intervenors' motion to dismiss. *See Stansell v. Revolutionary Armed Forces of Columbia*, 2019 WL 5290922 (S.D. Fla. Sept. 26, 2019); *Stansell v. Lopez Bello*, 2020 WL 290423 (11th Cir. Jan. 21, 2020). The Parties are hereby **ORDERED** to respond, on or before **February 7, 2020**, indicating how, if at all, these decisions impact the pending motion to dismiss.

**SO ORDERED.**

Dated: January 24, 2020
      New York, New York

                                           ANDREW L. CARTER, JR.
                                           United States District Judge