USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
KEITH STANSELL ET AL.,                              :
                                                    :
                        Plaintiffs,                 :
                                                    :   16-MC-405 (ALC)
         -against-                                  :
                                                    :   **ORDER**
REVOLUTIONARY ARMED FORCES OF                       :
COLUMBIA (FARC) ET AL.,                             :
                                                    :
                        Defendants.                 :
                                                    :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' Letters indicating how they would like to proceed in this case. ECF Nos. 69–72, 76–80. The Parties are hereby **ORDERED** to appear for a Telephone Conference on **July 9, 2020 at 2:00 p.m.** The Parties should contact the Court at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: June 9, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**