P & K

## PORTER & KORVICK
TRIAL LAWYERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/6/2021

December 21, 2020

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

MEMO ENDORSED

Re:  Keith Stansell et al., vs. Revolutionary Armed Forces of Colombia ("FARC") et al.
Case No. 1:16-mc-00405-ALC
***Plaintiffs' Verified Letter Motion to Seal:***
***Ex Parte Motion for Issuance of TRIA Writ of Execution***

Dear Judge Carter:

Plaintiffs respectfully request leave of Court to file under seal an Ex Parte Motion for Issuance of TRIA Writ of Execution, solely to attach a newly discovered blocked asset. This motion is filed pursuant to the Standing Order on Electronic Filing Under Seal (Case 1:19-mc-00583-CM), Your Honor's published Individual Rules of Practice 6.C. and 6.D., and the ECF Rules & Instructions Section 6. The Ex Parte Motion does not involve any garnishee or blocked party that is currently before this Court.

Plaintiffs herein, in cooperation with the *Pescatore* plaintiffs in Case 1:18-mc-00545-ALC, have identified a new blocked asset for TRIA post-judgment execution proceedings in partial satisfaction of both the *Stansell* ATA judgment and the *Pescatore* plaintiffs' ATA judgments. Plaintiffs request expedited relief to perfect chronological judgment lien priority on this blocked account before the docket is unsealed so that Plaintiffs may levy the writ of execution and perfect judgment lien priority over potential competing creditors.[1] Moreover, the names of the garnishee and the blocked party account owner, the blocked account details, and our supporting expert witness affidavit are the fruits of extensive attorney work product.

Plaintiffs' proposed Ex Parte Motion (filed separately under seal) is based on information obtained over many months through multiple protective Orders and subpoenas to OFAC and several different financial institutions, and the blocking reports and banking information obtained is highly confidential and protected by the Trade Secrets Act (TSA), 18 U.S.C. § 1905, and the Bank Secrecy Act, 31 U.S.C. §5311 et seq.

Plaintiffs are aware of the general policy for public access of federal court dockets, and we therefore only request a <u>temporary sealing</u> sufficient to allow the Orders & Judgments Clerk to

---

[1] As this Court is aware, the *Stansell* plaintiffs and *Pescatore* plaintiffs are parties to a Joint Prosecution and Sharing Agreement and are separately seeking issuance of a writ to attach the newly discovered blocked asset to protect their shared mutual interests in perfecting chronological judgment lien priority vis-à-vis other competing creditor(s).

PORTER & KORVICK, P.A.
PINECREST PROFESSIONAL BUILDING • 9655 SOUTH DIXIE HIGHWAY, SUITE 208 • MIAMI, FL 33156
TELEPHONE (305) 373-5040 • TOLL FREE 1-888-373-5040 • TELEFAX (305) 668-9154
NPORTER@PORTERANDKORVICK.COM • TKORVICK@PORTERANDKORVICK.COM

issue the subject writ of execution, for Plaintiffs to serve and levy the writ on the garnishee, file the affidavit of service and certify compliance with the CPLR §5232(c) notice of levy provision.

The service and levy of the writ of execution will not require any form of response by the garnishee, but it will perfect Plaintiffs' judgment lien priority under New York law. After the attachment and notice is complete, Plaintiffs will thereafter publicly move for entry of TRIA turnover order pursuant to CPLR §§ 5225, 5227, at which time formal notice will again be given to the garnishee and account owner which will then require a public response.

Plaintiffs' proposed Ex Parte Motion is directed to blocked assets in the United States owned by a Specially Designated Global Terrorist ("SDGT"). The Ex Parte Motion includes various exhibits, court orders, an expert witness affidavit, a proposed Order and proposed writ. The supporting Appendix is also filed under seal for the reasons set forth above.

Plaintiffs respectfully request entry of a docket entry Order authorizing the sealing of the Ex Parte Motion, all exhibits thereto, and the Appendix, including the writ of execution after issuance by the Clerk, for a period of 30 days from issuance of the writ.

Thank you for the Court's consideration.

Respectfully,

NEWTON PORTER

TONY KORVICK

**I declare and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. 1746.**

/s/ Tony P. Korvick
Tony P. Korvick

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: January 6, 2021