```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   1/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
KEITH STANSELL ET AL.,                        :
                                              :
                      **Plaintiffs,**   :
                                              :    16-MC-405 (ALC)
   -against-                                :
                                              :    **ORDER**
REVOLUTIONARY ARMED FORCES OF                 :
COLUMBIA (FARC) ET AL.,                       :
                                              :
                      **Defendants.**  :
                                              :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the parties' pre-motion conference letters in connection with Antonio Caballero's motion to intervene. ECF Nos. 124, 126-27. Upon review of the submissions, Mr. Caballero' request for a pre-motion conference is DENIED. Mr. Caballero is hereby GRANTED leave to file a motion to intervene according to the following briefing schedule:

- Opening brief: January 28, 2021
- Opposition brief: February 11, 2021
- Reply brief: February 18, 2021

**SO ORDERED.**

**Dated:**     **January 7, 2021**
             **New York, New York**

                                                    */s/ Andrew L. Carter, Jr.*
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**