**ZUMPANO PATRICIOS & POPOK**

417 Fifth Avenue | Suite 826
New York, New York 10016
Ph: (212) 381-9999
www.zplaw.com

January 25, 2021

**Via ECF and E-Mail**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:    *Pescatore v. Palmera Pineda*, No. 18-mc-00545-ALC
                *Stansell v. FARC*, No. 16-mc-00405-ALC

Dear Judge Carter:

      Antonio Caballero hereby provides notice of Garnishee Interactive Brokers LLC's filing, pursuant to Conn. Gen. Stat. § 52-356c, of its Notice and Claim for Determination of Disputed Property in the United States District Court for the District of Connecticut. *See Caballero v. FARC, et al.*, No. 3:20-cv-1939 (RNC), D.E. 59 (D. Conn. Jan. 25, 2021), attached as Exhibit A.  The filing confirms that "[t]he Account is held in Connecticut," and confirms through its filing that the Garnishee's "interest in this matter is to ensure that all persons known to have a claim to the Account receive notice and have an opportunity to be heard, that there is a ***single proceeding*** to adjudicate the disputed claims, and to avoid duplicative or conflicting court rulings with respect to interested persons' rights to the Account." *Id.* ¶¶ 3, 20 (emphasis added).

                                      Respectfully Submitted,

| /s/ Joseph I. Zumpano | /s/ Nicholas Rostow | /s/ Leon N. Patricios |
|---|---|---|
| Joseph I. Zumpano | Nicholas Rostow | Leon N. Patricios |

cc: Counsel of Record