# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____          DOCKET NO. ___16-mc-405_____

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

     YOU ARE COMMANDED, that of the goods and chattels of the Foreign Terrorist Organization Defendant FARC, and any agency or instrumentality thereof, including assets blocked by the U.S. Treasury Department Office of Foreign Assets Control ("OFAC") identified in Exhibit 1 hereto, in your district you cause to be made the sum of Two Hundred Thirty Million, Eight Hundred Fifty Five Thousand, Four Hundred Thirty Four dollars and 89 cents ($230,855,434.89), which is the current outstanding balance on the judgment in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, KEITH STANSELL et al., recovered against the said FARC et al., in an action between PLAINTIFFS KEITH STANSELL et al, and DEFENDANTS, FARC et al., in favor of said PLAINTIFFS KEITH STANSELL et al, as appears by the record filed in the Clerk's Office of said District, June 15, 2010 Order and Judgment under the Anti-Terrorism Act rendered by the U.S. District Court for the Middle District of Florida in Case No. 8:09-cv-2308, and registered in this District pursuant to 28 U.S.C. §1963 in SDNY Case No. 1:16-mc-00405 on the 10th day of November in the year of 2016, and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands so ever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

     WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the ___ day of _____ in the year of _____ our Lord , and of the Independence of the United States the two hundred ____ year.

                                                        _____
                                                               CLERK

SDNY Web
06/01/2016

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Plaintiffs, KEITH STANSELL et al.,

-against-

Defendant, "FARC" et al., a Foreign Terrorist Organization [FTO],
and any other agency or instrumentality thereof

## EXECUTION AGAINST PROPERTY

Porter & Korvick.P.A.
Attorneys for Plaintiffs

Borough of Manhattan City of New York

To the Marshal:
You will levy and collect Two Hundred Thirty Million, Eight Hundred Fifty Five Thousand,
Four Hundred Thirty Four dollars and 89 cents ($230,855,434.89),
with zero interest, besides your fees, etc.

_____
Attorney
Tony Korvick, Esq.

# **EXHIBIT 1**

Blocked accounts held by:

<u>CITIBANK NA, 425 Park Avenue 2nd Floor, New York, NY 10022</u>

Owner: **Venezuelan Ministry of Finance a/k/a Ministerio del Poder Popular de Economía y Finanzas**
These assets were blocked 10/9/19 under Citibank transaction ID# A191015000115401 and deposited into its New York global account 36344024 (VENEZUELA)