USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/4/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KEITH STANSELL, ET AL.,

                     Plaintiffs,

       -against-                            16-mc-405 (ALC)

REVOLUTIONARY ARMED FORCES      **ORDER**
OF COLOMBIA, ET AL.,

                     Defendants.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will conduct a telephone status conference in this action on February 5, 2021 at 10:30 a.m. The parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:   February 4, 2021
           New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**