USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/5/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**KEITH STANSELL, ET AL.,**            :
                                        :
                 **Plaintiffs,**   :
                                        :
      -against-                :   **16-mc-405 (ALC)**
                                        :
                                        :   **ORDER**
**REVOLUTIONARY ARMED FORCES OF**       :
**COLOMBIA (FARC), ET AL.,**            :
                                        :
                 **Defendants.**   :
                                        :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

By letter dated February 4, 2021, counsel for Mr. Caballero requested an extension of time to file a consolidated motion to intervene. ECF No. 171. The letter does not indicate whether Plaintiffs "consent[], and, if not, the reasons given . . . for refusing to consent." Individual Practices of Andrew L. Carter Jr. ¶ 1(D). Accordingly, Plaintiffs are ORDERED to file a response stating their position on this request no later than February 8, 2021. Any future requests for extension must include whether the opposing party consents to the extension, as required by this Court's Individual Practices.

**SO ORDERED.**

**Dated:**     **February 5, 2021**
             **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**