USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/5/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
**KEITH STANSELL, ET AL.,**

                       **Plaintiffs,**

    -against-

**REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), ET AL.,**

                       **Defendants.**
------------------------------------------------------------------- x

**16-mc-405 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

    On February 5, 2021 at 10:30 a.m., the Court conducted a status conference with the parties. In accordance with today's conference, the parties are hereby ordered to file a joint status report by no later than February 10, 2021 including the parties' position(s) on whether Judge Carter should recuse himself from this case and related *Pescatore* (18-mc-545) and *Caballero* (20-cv-11061) cases. The deadlines for all turnover motions filed by Plaintiffs, ECF Nos. 121, 138, 141, 143, 145, 147, and any interpleader petitions the parties may wish to file are stayed/ adjourned *sine die*.

**SO ORDERED.**

**Dated:**    **February 5, 2021**
           **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**