UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH STANSELL, et al.                  CASE NO.: 1:16-mc-00405-ALC
                                                              Judge Andrew L. Carter, Jr.

       Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

       Defendants.
_____/

## JOINT STATUS REPORT

The parties listed below all join in this Joint Status Report pursuant to Your Honor's ruling at the February 5, 2021 conference call:

- all Stansell plaintiffs;
- all Pescatore plaintiffs/interpleader defendants;
- Sumitomo Mitsui Banking Corp. turnover respondent/interpleader plaintiff;
- Citibank, N.A. turnover respondent/interpleader plaintiff;
- Equiniti Trust Company turnover respondent/interpleader plaintiff;[1]
- Interactive Brokers LLC;
- Samark Jose López Bello and Yakima Trading Corp. adverse claimants/intervenors;
- SIX SIS interpleader defendant;
- Antonio Caballero interpleader defendant; and
- JP Morgan Chase Bank N.A. ("JPMCB")

The Stansell and Pescatore plaintiffs have no pending turnover motions directed to JPMCB, and they have no current plans to file a turnover motion to JPMCB. The Stansell and Pescatore plaintiffs have also formally withdrawn without prejudice their writs of execution to JPMCB. Stansell ECF 174; Pescatore Case 1:18-mc-00545-ALC, ECF 90.

---

[1] Equiniti Trust Company's counsel did not attend the February 5, 2021 conference call, but Equiniti has been informed of the Court's disclosures concerning JPMCB and BNYM and now joins in this Report.

Similarly, the Stansells, Pescatores and Caballero have no writs issued or turnover motions filed in any court directed to the Bank of New York Mellon ("BNYM"), and, at this time, they have no current plans to do so.

Counsel for all the foregoing parties have conferred regarding Your Honor's disclosures at the February 5, 2021 conference with respect to JPMCB and BNYM, and we all hereby confirm that there is no apparent or actual conflict of interest that would require Your Honor to recuse himself from these proceedings.

Respectfully submitted February 10, 2021

/s/ Tony Korvick
Tony Korvick
Newt Porter
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone:    (305) 373-5040
tkorvick@porterandkorvick.com
Attorneys for Stansell Plaintiffs

/s/ Nathaniel A. Tarnor
Nathaniel A. Tarnor
Hagens Berman Sobol Shapiro, LLP
322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (646) 543-4992
Email: NathanT@hbsslaw.com
Counsel for the Pescatore Plaintiffs

/s/ Mark Hanchet
Mark G. Hanchet
Robert W. Hamburg
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com
Counsel for Sumitomo Mitsui Banking Corp.

/s/ Craig Cagney
Craig T. Cagney
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
craig.cagney@davispolk.com
Counsel for Citibank, N.A.,
except with respect to the turnover motions related to Banco de Venezuela

/s/ Sharon Schneier
Sharon L. Schneier
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
T 212.603.6448 New York
E sharonschneier@dwt.com
Counsel for Citibank, N.A.,
with respect to the turnover motions related to Banco de Venezuela

/s/ Joseph Boyle
Joseph A. Boyle
KELLEY DRYE
One Jefferson Road, 2nd Floor
Parsippany, NJ  07054
(973) 503-5920
jboyle@kelleydrye.com
Counsel for Equiniti Trust Company

2

/s/ Kerri Chewning
Jeffrey M. Scott
Kerri E. Chewning
ARCHER & GREINER
630 Third Avenue
New York, NY 10017
(609) 580-3700
jscott@archerlaw.com
kchewning@archerlaw.com
Attorneys for Samark Lopez Bello
and Yakima Trading Co.

/s/ Melissa Byroade
Melissa E. Byroade
KELLEY DRYE & WARREN LLP
3050 K Street NW
Suite 400
Washington, D.C. 20007
Telephone: (202) 342-8823
mbyroade@kelleydrye.com
Counsel for SIX SIS Ltd.

/s/ Erick Sandler
Erick M. Sandler
DAY PITNEY LLP
242 Trumbull Street
Hartford CT 06103-1212
(860) 275 0138
emsandler@daypitney.com
Attorneys for Interactive Brokers LLC

/s/ Leon Patricios
Joseph I. Zumpano
Leon N. Patricios
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Telephone: (305) 444-5565
jzumpano@zplaw.com
lpatricios@zplaw.com
Attorneys for Antonio Caballero

/s/ Steven Feigenbaum
Steven B. Feigenbaum
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158
(212) 953-6000
sfeigenbaum@katskykorins.com
Counsel for JPMorgan Chase Bank, N.A.

220320574v1