USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/12/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
**KEITH STANSELL, ET AL.,**

                **Plaintiffs,**

    -against-

**REVOLUTIONARY ARMED FORCES OF**
**COLOMBIA (FARC), ET AL.,**

                **Defendants.**
------------------------------------------------------------------ x

16-mc-405 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' joint status report submitted on February 10, 2021 advising the Court that "there is no apparent or actual conflict of interest that would require . . . recus[al] from these proceedings." ECF No. 177. However, the parties have not addressed the effect of 28 U.S.C. § 455(b)(4) on whether recusal is necessary.

The parties are hereby ordered to submit a joint status report by no later than February 16, 2021 regarding the parties' position(s) on the effect of 28 U.S.C. § 455(b)(4) and whether JPMorgan Chase Bank (or Bank of New York Mellon) is properly considered a party in either *Stansell* or *Pescatore*. The parties should also indicate whether JPMorgan Chase Bank (or Bank of New York Mellon) was properly served with any writs of execution in either case.

**SO ORDERED.**

**Dated:**     **February 12, 2021**
             **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**