USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/16/2021_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

**KEITH STANSELL, ET AL.,**

                         **Plaintiffs,**

          -against-                                    **16-mc-405 (ALC)**

**REVOLUTIONARY ARMED FORCES**            **ORDER**
**OF COLOMBIA, ET AL.,**

                        **Defendants.**

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will conduct a telephone status conference in this action on February 17, 2021 at 9:30 a.m. The parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:   February 16, 2021**
           **New York, New York**

                                                           **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**