UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STANSELL et al.,

                      Plaintiffs,

                      16 Misc. 405 (LGS)

       -against-

                      <u>ORDER</u>

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC) et al.,

                    Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on February 24, 2021, the Court issued an Order directing the parties to jointly file a letter identifying the (i) agencies and instrumentalities and/or alleged agencies and instrumentalities and (ii) related blocked accounts at issue in *Stansell v. Revolutionary Armed Forces of Colombia ("FARC")*, No. 16 Misc. 00405; *Pescatore v. Juvenal Ovidio Ricardo Palmera Pineda*, No. 18 Misc. 00545; and *Caballero v. FARC*, No. 20 Misc. 00249.

      WHEREAS, no such letter was filed.

      WHEREAS, a status conference is scheduled for March 4, 2021. Dkt. No. 184. It is hereby

      **ORDERED** that, by **March 4, 2021**, the parties shall file the joint letter pursuant to the Court's February 24, 2021, Order. It is further

      **ORDERED** that, the status conference scheduled for March 4, 2021, is **ADJOURNED to March 18, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: March 2, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE