## Exhibit A

| Garnishee | Account No. | SDNs Alleged to be an Agency or Instrumentality | Ultimate Parent of SDN | Judgment Creditors that Have Served A Writ Targeting the Account | Other Potential Adverse Claimants Identified by Garnishees |
|---|---|---|---|---|---|
| Citibank[4] | ***743 | Samark Jose Lopez Bello and Yakima Trading Corp. | Samark Jose Lopez Bello | Stansells, Pescatores, Caballero | SIX Sis Ltd. |
|  | ****5239 | Aceites y Solventes Venezolanos S.A. | Petroleos de Venezuela, S.A. ("PDVSA") | Stansells, Pescatores, Caballero |  |
|  | ****2603 | Venfleet Asphalt Ltd. | PDVSA | Stansells, Pescatores, Caballero |  |
|  | ****9238 | Petro San Felix SA a/k/a Petrolera Zuata SA | PDVSA | Stansells, Pescatores, Caballero |  |
|  | **8597 | Banco de Venezuela SA | Banco de Desarrollo Enomonico y Social de Venezuela (BANDES) | Stansells, Pescatores | Caballero |
|  | Transaction ID A***********5401 | The Venezuela Ministry of Finance |  | Stansells, Pescatores, Caballero |  |

---

[4] Caballero has served Citibank with a writ outside of this District with respect to other accounts that the Stansells and Pescatores have not yet attached.

[5] The Banco de Venezuela SA writ was filed under seal in this action. *See* ECF No. 130.

**Exhibit A**

| Garnishee | Account No. | SDNs Alleged to be an Agency or Instrumentality | Ultimate Parent of SDN | Judgment Creditors that Have Served A Writ Targeting the Account | Other Potential Adverse Claimants Identified by Garnishees |
|---|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | *881 | LDC Supply International LLC | PDVSA | Caballero (expected to be served shortly) | Vitol, Inc. |
| Sumitomo Mitsui Banking Corp. | ***715 | Petrocedeno S.A. | PDVSA | Stansells, Pescatores, Caballero | |
| | ***714 | Petrowarao S.A. | PDVSA | Stansells, Pescatores, Caballero | |
| | ***716 | Venezuelan Heavy Industries C.A. | PDVSA | Stansells, Pescatores, Caballero | |
| | ***638 | PdVSA San Felix S.A. | PDVSA | Caballero | |
| | ***639 | PdVSA San Felix S.A. | PDVSA | Caballero | |
| Equiniti | ****2102 ****4702 | Banco Bandes Uruguay | BANDES | Stansells, Pescatores, Caballero | |
| | ****8790 | Banco Bicentenario Banco Universal CA | BANDES | Stansells, Pescatores, Caballero | |
| | ****8954 | Banco De Venezuela SA Banco Universal | BANDES | Stansells, Pescatores, Caballero | |