UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEITH STANSELL, et al.,

                    **Plaintiffs,**                    16-MC-00405 (LGS)(SN)

              -against-

**REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), et al.,**                   **ORDER**

                    **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X

**OLIVIA PESCATORE, et al.,**

                    **Plaintiffs,**                    18-MC-00545 (LGS)(SN)

              -against-

**JUVENAL OVIDIO RICARDO PALMERA PINEDA, et al.,**

                    **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The status conference currently scheduled for Friday, June 11, 2021, at 3:00 p.m. is ADJOURNED to Monday, June 14, 2021, at 2:00 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:  June 10, 2021
              New York, New York