June 18, 2021

The Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Stansell v. FARC et al.*, Case No. 1:16-mc-00405 (LGS)(SN)
      *Pescatore v. Palmera Pineda & FARC,* Case No. 1:18-000545 (LGS)(SN) (Related Case)
      ***Proposed briefing schedule on competing creditor collateral attacks***

Dear Judge Netburn:

The Stansell and Pescatore Plaintiffs and Intervenor Antonio Caballero submit this joint letter with their proposed briefing schedule pursuant to the Court's instructions during the June 14, 2021 status hearing:

- Stansell/Pescatore joint motion for
  summary/declaratory judgment on their crossclaims     July 30, 2021
- Caballero response thereto                            August 25, 2021
- Stansell/Pescatore joint reply thereto                September 24, 2021


- Caballero's motion to dismiss
  Stansell/Pescatore crossclaims                        July 30, 2021
- Stansell/Pescatore joint response                     August 25, 2021
- Caballero's reply thereto                             September 24, 2021

Respectfully submitted,


/s/ Newt Porter and Tony Korvick for Stansell Plaintiffs
/s/ Nathaniel Tarnor for Pescatore Plaintiffs
/s/ Joseph Zumpano, Leon Patricios, and Nicholas Rostow for Third Party Defendant Antonio Caballero