June 18, 2021

The Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Stansell v. FARC et al.*, Case No. 1:16-mc-00405 (LGS)(SN)
      *Pescatore v. Palmera Pineda & FARC,* Case No. 1:18-000545 (LGS)(SN) (Related Case)
      ***Proposed briefing schedule on Caballero's Motion to Dismiss and/or Transfer***

Dear Judge Netburn:

As requested by the Court, Third Party Defendant Antonio Caballero, Third Party Plaintiff Equiniti Trust Company ("Equiniti") and Third Party Defendants Stansell/Pescatore submit the agreed upon proposed schedule for the briefing of Caballero's motion to dismiss and/or transfer venue of Equiniti's Interpleader Complaint (Dkt. 208).

- Caballero's motion to dismiss
  and/or to transfer venue                  July 30, 2021
- Equiniti's response                       August 30, 2021
- Stansell/Pescatore's response             August 30, 2021
- Caballero's reply                         September 30, 2021

Respectfully submitted,

/s/ Robert Ward for Third Party Plaintiff Equiniti
/s/ Joseph Zumpano, Leon Patricios, and Nicholas Rostow for Third Party Defendant Antonio Caballero
/s/ Newt Porter and Tony Korvick for the Stansell Third Party Defendants
/s/ Nathan Tarnor for the Pescatore Third Party Defendants