**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**KEITH STANSELL, et al.,**

                       **Plaintiffs,**          16-MC-00405 (LGS)(SN)

            -against-                              **ORDER**

**REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), et al.,**

                       **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X

**OLIVIA PESCATORE, et al.,**

                       **Plaintiffs,**          18-MC-00545 (LGS)(SN)

            -against-

**JUVENAL OVIDIO RICARDO PALMERA PINEDA, et al.,**

                       **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 18, 2021, the parties filed a proposed briefing schedule on the competing creditor collateral attacks. The Court modifies the schedule proposed by the parties as follows:

- The Stansell/Pescatore Plaintiffs shall file their joint motion for summary/declaratory judgment on their crossclaims no later than July 30, 2021, which shall be no more than 25 pages long.

- Intervenor Caballero shall file an omnibus motion to dismiss the Stansell/Pescatore Plaintiffs' crossclaims and an opposition to the Stansell/Pescatore motion for summary/declaratory judgment by August 25, 2021, which shall be no more than 45 pages long.

- The Stansell/Pescatore Plaintiffs shall file a joint reply in support of their motion for summary judgment and opposition to Intervenor Caballero's motion to dismiss by September 24, 2021, which shall be no more than 35 pages long.

- Intervenor Caballero shall file his reply in support of his motion to dismiss the Stansell/Pescatore Plaintiffs' crossclaims by October 4, 2021, which shall be no more than 15 pages long.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: June 23, 2021
          New York, New York