UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEITH STANSELL, et al.,

                            **Plaintiffs,**                      16-MC-00405 (LGS) (SN)

           -against-                               **ORDER**

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,

                            **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 14, 2021, the parties in this matter appeared before me for a status conference. At that time, counsel for Third Party Defendant Petrowarao S.A. made an oral application to unseal the documents filed at ECF Nos. 111, 112, and 114. The Court granted that application. Accordingly, the Clerk of Court is respectfully directed to unseal the files and attachments at ECF Nos. 111, 112, and 114.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  July 12, 2021
              New York, New York