# Exhibit 2

**Names and Addresses of Financial Institutions Holding
Assets in the United States blocked under the Venezuela Sanctions Regulations, 31 C.F.R. part
591, as of June 17, 2020.  Values rounded to the nearest $10,000.**

**Produced Pursuant to Protective Order
[PLACEHOLDER]**



| Holding Institution | Address | Contact Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Equiniti Trust Company, LLC | 1110 Centre Pointe Curve, Ste 101, Mendota Heights, MN 55120 | 1-651-450-4074 | $48,860,000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |