

312 Minorca Avenue | Coral Gables FL, 33134
Ph: (305) 444-5565 | Fax: (305) 444-8588
www.zplaw.com

October 6, 2021

**VIA ECF AND FEDEX**[1]
The Hon. Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re: *Stansell, et al. v. FARC, et al.*, Case No. 1:16-mc-00405-LGS-SN (S.D.N.Y.), Related Case No. 1:19-mc-545-LGS-SN, **Courtesy Copies of Full Briefing on ECF No. 348 Antonio Caballero's Omnibus Motion to Dismiss Crossclaims of Stansell and Pescatore Plaintiffs**

Dear Judge Netburn:

    We represent Antonio Caballero in the above referenced case. Pursuant to Your Honor's Individual Practices in Civil Cases, III.C., we respectfully submit the enclosed courtesy copies of the full briefing on Mr. Caballero's Omnibus Motion to Dismiss Crossclaims of Stansell and Pescatore Plaintiffs. Specifically, enclosed in a tabbed three-ring-binder are copies of the following:

- [ECF No. 348] Antonio Caballero's Memorandum in Opposition to Stansell and Pescatore Plaintiffs' Omnibus Motion [D.E. 330-31], and in Support of His Omnibus Motion to Dismiss Crossclaims.
    - [ECF No. 348-1] Caballero's Response to the Stansell & Pescatore Plaintiffs' Rule 56.1 Statement.
    - [ECF No. 348-2] Appendix of Exhibits in Support of Antonio Caballero's Omnibus Motion to Dismiss Crossclaims.
    - [ECF Nos. 348-3 through 348-19] Exhibits 1 through 17.

- [ECF No. 359] Stansell and Pescatore Plaintiffs' Memorandum in Opposition to Intervenor's Omnibus Motion [Dkt. No. 348] to Dismiss Plaintiffs' Crossclaims, and Reply in Support of Omnibus Motion [Dkt. No. 330-331] on Interpleader Affirmative Defenses and Crossclaims Against Intervenor.
    - [ECF Nos. 359-1 through 359-14] Exhibits 1 through 14.

- [ECF No. 367] Antonio Caballero's Reply in Support of His Omnibus Motion to Dismiss Crossclaims (i.e., the exact same document previously filed on October 4, 2021, as ECF No. 366, which was linked in error to ECF No. 330 instead of ECF No. 348).

                                                                  Respectfully submitted,
                                                                  */s/ Leon N. Patricios*
                                                                  Leon N. Patricios

---

[1] Courtesy copies sent to chambers via FedEx only.

Enclosures
cc: All counsel of record via ECF without courtesy copies