UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEITH STANSELL, et al.,

                        Plaintiffs,                    **16-MC-00405 (LGS) (SN)**

       -against-                                  **ORDER**

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 1, 2021, attorney Marcos Jimenez moved for a pre-motion conference, claiming to represent both the five Petroleos de Venezuela, S.A.("PDVSA") affiliates currently represented by White & Case, as well as five further entities currently unrepresented. ECF No. 362. The plaintiffs oppose this motion. The Court directs White & Case to file a letter on the docket responding to Mr. Jimenez's proposal for a conference and representation of entities in this matter by October 13, 2021.

**SO ORDERED.**

DATED:   October 8, 2021                                         _____
              New York, New York                       SARAH NETBURN
                                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021