UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEITH STANSELL, et al.,

                    **Plaintiffs,**              16-MC-00405 (LGS)(SN)

        -against-                                  **ORDER**

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,

                    **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has received attorney Marcos Jimenez's request and replies for a pre-motion conference on behalf of affiliates of Petroleos de Venezuela, S.A. ("PDVSA") and other entities. ECF Nos. 362, 371, and 379. It has also received the oppositions to this request from the Stansell and Pescatore Plaintiffs, ECF No. 368, and from the law firm of White & Case, ECF Nos. 378, 381, which currently represents several of the parties that Mr. Jimenez now purports to represent. Finally, it has received the letter from the Stansell and Pescatore Plaintiffs suggesting that, given the issues raised by Mr. Jimenez's intervention, the Court should adjust the process by which it resolves the disputes currently pending, ECF No. 382, along with the replies to that letter filed by Samark Jose Lopez Bello, ECF No. 385, Antonio Cabellero, ECF No. 388, White & Case. ECF No. 389, and Citibank, ECF No. 391.

All briefing deadlines remain in place. White & Case and Mr. Jimenez shall meet and confer on a briefing schedule to resolve the issues identified in their letters. These briefs should address both who is entitled to represent PDVSA and its subsidiaries and who is entitled to represent the other entities identified by Mr. Jimenez that are not currently represented. The parties shall file that letter with the Court by Wednesday, November 10, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 3, 2021
         New York, New York