UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH STANSELL, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), *et al.*,<br><br>    *Defendants,*<br><br>v.<br><br>CITIBANK, N.A., SUMITOMO MITSUI BANKING CORP. and EQUINITI TRUST COMPANY,<br><br>    *Garnishees & Third-Party Plaintiff Garnishees,*<br><br>v.<br><br>KEITH STANSELL, *et al.*,<br><br>    *Third Party Defendant Adverse Claimants.* | Case No. 1:16-mc-00405 (LGS) (SN) |

**NOTICE OF GARNISHEES' MOTION FOR AUTHORIZATION TO SERVE
VENEZUELAN PARTIES BY ALTERNATIVE MEANS PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 4(F)(2)(A) AND 4(F)(3)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, declarations, and exhibits, the undersigned attorneys for Citibank, N.A. ("Citibank"), Sumitomo Mitsui Banking Corporation ("SMBC"), and Equiniti Trust Company ("Equiniti") (together, the "Garnishees") will move this Court before the Honorable Sarah Netburn, at the courthouse located at 40 Foley Square, Courtroom 219, New York, New York for an order pursuant to Federal Rules

of Civil Procedure 4(f)(2)(A) and 4(f)(3) granting the Garnishees' Motion for Authorization to Serve Venezuelan Parties by Alternative Means.

Dated: November 10, 2022
New York, New York

Respectfully Submitted,

| | |
|---|---|
| /s/ Mark G. Hanchet<br>Mark G. Hanchet<br>Robert W. Hamburg<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 506-2500<br>Email: mhanchet@mayerbrown.com<br>        rhamburg@mayerbrown.com<br><br>*Counsel for Sumitomo Mitsui Banking Corp.* | /s/ Michael S. Flynn<br>Michael S. Flynn<br>Craig T. Cagney<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>Email: craig.cagney@davispolk.com<br><br>*Counsel for Citibank, N.A.* |
| /s/ Levi M. Downing<br>Levi M. Downing<br>Robert N. Ward<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel.: (212) 808-7800<br>Email: ldowning@kelleydrye.com<br>        rward@kelleydrye.com<br><br>*Counsel for Equiniti Trust Company* | /s/ Sharon L. Schneier<br>Sharon L. Schneier<br>Mohammad B. Pathan<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020-1104<br>Tel.: (212) 603-6448<br>Email: sharonschneier@dwt.com<br>        mohammadpathan@dwt.com<br><br>*Counsel for Citibank, N.A., relating to Banco de Venezuela* |