```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEITH STANSELL,  et al.,                       :
                    Claimants,                 :
         -against-                             :        16 Misc. 405 (LGS) (SN)
                                               :
REVOLUTIONARY ARMED FORCES OF                  :
COLOMBIA (FARC), et al.,                       :
                    Defendants.                :
------------------------------------------------------------X
------------------------------------------------------------X
OLIVIA PESCATORE, et al.,                      :
                    Claimants,                 :
         -against-                             :        18 Misc. 545 (LGS) (SN)
                                               :
JUVENAL OVIDIO RICARDO PALMERA                 :
PINEDA, et al.,                                :
                    Defendants.                :
------------------------------------------------------------X
```

## FINAL JUDGMENT
## ON CLAIMANTS' INTERPLEADER CROSSCLAIMS

LORNA G. SCHOFIELD, District Judge:

Pursuant to the Court's December 21, 2022 Opinion and Order [Docket Number 497] adopting in full the March 29, 2022 Report and Recommendations of Magistrate Judge Sarah Netburn [Docket Number 443], and pursuant to Fed. R. Civ. P. 12(c), the following Declaratory Judgment is hereby ORDERED AND ADJUDGED:

1. Treble damages awarded under the Antiterrorism Act ("ATA"), 18 U.S.C. § 2333(a) are compensatory damages because they are remedial in nature, and function, in essence, as a form of liquidated damages.

2. The full $318,030,000 award of the Stansell judgment is for compensatory damages fully collectible under TRIA. The full $69,000,000 award of the Pescatore judgment is for compensatory damages fully collectible under TRIA.

3. Caballero is entitled to collect both the economic and non-economic compensatory damages awarded in his ATA judgment, which amounts were trebled, and such trebled amounts are compensatory damages fully collectible under TRIA per paragraph 1 above.

4. Caballero holds a valid ATA judgment that is not void as a matter of law for lack of subject matter jurisdiction or personal jurisdiction.

5. JUDGMENT is hereby entered in favor of the STANSELL/PESCATORE claimants and against claimant ANTONIO CABALLERO on Caballero's interpleader crossclaims [Docket Numbers 261, 262, 263, 264, 301, 335 and 376].

6. JUDGMENT is hereby entered in favor of Claimant ANTONIO CABALLERO and against the STANSELL/PESCATORE Claimants on the STANSELL/PESCATORE interpleader crossclaims [Docket Numbers 268, 269, 270, 271, 272, 273, 310 and 328].

7. In light of the foregoing Judgments, the omnibus motion filed by the STANSELL/PESCATORE Claimants [Docket Number 330] and the motion filed by the CABALLERO Claimant [Docket Number 348], on their respective interpleader crossclaims, are hereby DENIED AS MOOT.

Dated: January 6, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE