USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 1/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KEITH STANSELL, et al.,

Plaintiffs,

-against-

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), et al.,

Defendants.

---------------------------------------------------------------X

16-MC-00405 (LGS)(SN)

**ORDER**

---------------------------------------------------------------X

OLIVIA PESCATORE, et al.,

Plaintiffs,

-against-

JUVENAL OVIDIO RICARDO PALMERA PIENDA, et al.,

Defendants.

---------------------------------------------------------------X

18-MC-00545 (LGS)(SN)

**SARAH NETBURN, United States Magistrate Judge.**

The Stansell and Pescatore Plaintiffs' ("Plaintiffs") unopposed request, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for voluntary dismissal of their respective February 9, 2021 writs of execution directed to the blocked account of the Venezuelan Ministry of Finance held by Citibank, N.A., ("the writs") is GRANTED.

It is ORDERED that the Plaintiffs' writs are voluntarily dismissed with prejudice, and the February 8, 2021 *ex parte* orders issuing these writs at ECF No. 176, No. 16-mc-00405, and ECF No. 91, No. 18-mc-00545, are vacated as moot.

The Clerk of the Court is respectfully directed to terminate the Plaintiffs' April 9, 2021

turnover motions at ECF No. 197, No. 16-mc-00405, and ECF No. 103, No. 18-mc-00545, as moot.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: January 24, 2023
New York, New York