

**United States Department of State**

*Washington, D.C. 20520*

May 26, 2023

Ruby J. Krajick
Clerk of the Court
U.S. District Court Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Stansell, et al. v. Revolutionary Armed Forces of Colombia (FARC), et al.,* **1:16-mc-00405-LGS-SN**

Dear Ms. Krajick:

I am writing regarding the Court's request pursuant to 28 U.S.C. Section 1608(a)(4) for transmittal of a Summons on a Third-Party Complaint, Amended Third-Party Complaint Alleging Claims in the Nature of Interpleader Filed by Citibank, N.A, and Notice of Suit to the Ministerio del Poder Popular de Economía y Finanzas (the "Ministry of Finance") is a third-party defendant in this case in the above referenced lawsuit.

The documents were delivered in Washington, DC under cover of U.S. Department of State diplomatic note to the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela, an accredited representative put forward by the National Assembly to represent the Bolivarian Republic of Venezuela to the United States. The diplomatic note was dated May 16, 2023 and delivered on May 18, 2023. A Certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.

Cc: Craig Cagney
    Davis Polk & Wardwell LLP
    450 Lexington Avenue
    New York, New York 10017



United States Department of State

*Washington, D.C. 20520*

## CERTIFICATION OF DIPLOMATIC NOTE

I, Alison Dilworth, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated May 16, 2023 and delivered to the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela in Washington, DC on May 18, 2023.

Alison Dilworth, Managing Director
Directorate of Overseas Citizens Services

May 25, 2023

The Department of State refers the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela to the lawsuit *Stansell, et al. v. Revolutionary Armed Forces of Colombia (FARC), et al.*, 1:16-mc-00405-LGS-SN, which is pending in the U.S. District Court for the Southern District of New York.  The Ministerio del Poder Popular de Economía y Finanzas (the "Ministry of Finance") is a third-party defendant in this case.  The Department transmits 1) Summons on a Third-Party Complaint (hereinafter "Summons") and 2) Amended Third-Party Complaint Alleging Claims in the Nature of Interpleader Filed by Citibank, N.A. (hereinafter "Complaint") herewith.  The U.S. District Court for the Southern District of New York has requested service of these documents.  This note constitutes transmittal of these documents to the Bolivarian Republic of Venezuela as contemplated in Title 28, United States Code, Section 1608(a)(4).

**DIPLOMATIC NOTE**

-2-

Under applicable U.S. law, a defendant in a lawsuit has 60 days from the date of transmittal of the Complaint, in this case the date of this note, to file an answer or some other responsive pleading. Therefore, the Department requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Bolivarian Republic of Venezuela.

In addition to the Summons and Complaint, the Department is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign states and certain other court documents that the plaintiff has requested be transmitted.

Under U.S. law, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the Department to be available to discuss the requirements of U.S. law with counsel. The U.S. government is not a party to this case and cannot represent other parties in this matter.

-3-

Enclosures:

Summons, Complaint, Notice of Suit, Notice of Motion for TRIA Turnover, Memorandum of Law in support of Plaintiff's Motion for TRIA Turnover, and translations thereof.

Department of State,

Washington, May 16, 2023.