# Exhibit 1

Countersigned
The Minister of People's Power for
Aquatic and Air Transport
(L.S.)
           GIUSEPPE ANGELO CARMELO YOFFREDA YORIO

Countersigned
The Minister of People's Power for Housing,
Habitat and Ecosocialism
(L.S.)
           RICARDO ANTONIO MOLINA PEÑALOZA

Countersigned
Minister of the People's
Power for Oil and Mining
(L.S.)
           ASDRÚBAL JOSÉ CHÁVEZ JIMÉNEZ

Countersigned
The Minister of People's Power for
Communications and Information
(L.S.)
           JACQUELINE COROMOTO FARIA PINEDA

Countersigned
The Minister of People's Power for
Communes and Social Movements
(L.S.)
           ELÍAS JOSÉ JAUA MILANO

Countersigned
The Minister of the People's Power for
Food
(L.S.)
           YVÁN JOSÉ BELLO ROJAS

Countersigned
The Minister of People's Power for
Culture
(L.S.)
           REINALDO ANTONIO ITURRIZA LÓPEZ

Countersigned
The Minister of People's Power for
Youth and Sport
(L.S.)
           ANTONIO ENRIQUE ÁLVAREZ CISNEROS

Countersigned
The Minister of People's Power for
Indigenous Peoples
(L.S.)
           ALOHA JOSELYN NÚÑEZ GUTIÉRREZ

Countersigned
The Minister of People's Power for
Women and Gender Equality
(L.S.)
           ANDREÍNA TARAZÓN BOÚVAR

Countersigned
The Minister of the People's Power for
Electric Power
(L.S.)
           JESSE ALONSO CHACÓN ESCAMILLO

Countersigned
The Minister of People's
Power for the Prison Service
(L.S.)
           MARÍA IRIS VARELA RANGEL

**NICOLÁS MADURO MOROS**
**President of the Republic**

With the supreme commitment and will to achieve the greatest political effectiveness and revolutionary quality in the construction of socialism and the enhancement of the country, based on humanist principles and Bolivarian moral and ethical conditions, by mandate of the people, and in exercise of the powers conferred upon me by numeral 8 of Article 236 of the Constitution of the Bolivarian Republic of Venezuela, and in accordance with the provisions of paragraph "c" of numeral 2 of Article 1° of the Law that Authorizes the President of the Republic to issue Decrees with the Rank, Value and Force of Law in the Subjects that are Delegated, to the Council of Ministers.

**ISSUE**

The following,

**DECREE WITH THE RANK, VALUE AND FORCE OF LAW**
**ON THE PARTIAL REFORM OF THE LAW OF THE**
**VENEZUELAN ECONOMIC AND SOCIAL DEVELOPMENT BANK**
**(BANDES)**

**CHAPTER I**
**GENERAL PROVISIONS**

**Legal Form**
**Article 1°.** The Venezuelan Economic and Social Development Bank (BANDES) is an Institute attached to the Ministry of People's Power with competence in matters of Finance, with domicile in the city of Caracas and empowered to act in the national territory and abroad.

The Venezuelan Economic and Social Development Bank (BANDES), will enjoy the same prerogatives, privileges and exemptions that this Decree with Rank, Value and Force of Law grants to the Republic, and will be subject to the regulation of the public financial system established in the law that governs the matter, as applicable.

**Purpose of the Bank**
**Article 2°.** The Venezuelan Economic and Social Development Bank (BANDES) is a development bank whose purpose is to promote economic and social development and finance activities by means of technical and financial support to national and international social and productive investments in accordance with the general guidelines of the National Economic and Social Development Plan.

**Aims**
**Article 3°.** The purpose of the Venezuelan Economic and Social Development Bank (BANDES) is to carry out short-term, medium-term and long-term financial and technical operations at the national and international levels; manage resources and promote policies,

plans, projects and actions that lead to the expansion, diversification and deconcentration of the social and productive infrastructure for the integral development of the Nation; in accordance with the guidelines of centralized planning, and may even carry out second-tier transactions.

**Duties**
**Article 4°.** In the execution of its purpose, the Venezuelan Economic and Social Development Bank (BANDES) may perform the following activities:

1. To finance and support the development of the different regions of the country.

2. To finance and support short, medium and long-term investment projects.

I, Saúl Villegas Sojo, hereby certify that the attached document is to the best of my knowledge and belief a true, accurate and complete translation from Spanish into English, Page 8 - Resolution No. 6.155, consisting of 1 page. I further certify that the translation was made by an experienced and qualified professional translator and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document. This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document or that the statements contained in the original document are true.

Signed:

*[signature]*

_____
Name: Saúl Villegas Sojo
Title: CEO
Translation Company: Grupo Directum S.C.
Av. Gomez Morin 900 Piso 6. Col. Carrizalejo, San Pedro Garza García, Nuevo León, México
Date: June 20, 2023.