UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEITH STANSELL, et al., :
:
            Plaintiffs, :
: No. 1:16-mc-00405-LGS-SN
           v. :
:
REVOLUTIONARY ARMED FORCES OF :
COLOMBIA (FARC), et al., :
:
           Defendants, :
:
           v. :
:
EQUINITI TRUST COMPANY, :
:
           Turnover Garnishee. :
------------------------------------------------------------X
EQUINITI TRUST COMPANY, :
:
           Third-Party Plaintiff, :
:
           v. :
:
KEITH STANSELL, et al., :
:
           Third-Party Defendants. :
------------------------------------------------------------X

**NOTICE OF FILING OF PROOF OF
SERVICE UPON BANCO BICENTENARIO BANCO UNIVERSAL CA**

      Please take notice that Equiniti Trust Company ("Equiniti") hereby files, as Exhibit A hereto, proof of service upon Banco Bicentenario Banco Universal CA of Equiniti's Third-Party Complaint Seeking Relief in the Nature of Interpleader (Dkt. 208) and related Summons (Dkt. 249) pursuant to the Court's September 27, 2023 Order (Dkt. 535). The Declaration of Service by D'Empaire Reyna Abodagos, which the Court appointed as a special process server (Dkt. 535 at 17), identifies October 19, 2023 as the date of service.

Dated: March 20, 2024

KELLEY DRYE & WARREN LLP

By:   /s/ Robert N. Ward
      Levi M. Downing
      Robert N. Ward
      3 World Trade Center
      175 Greenwich Street
      New York, NY 10007
      Tel: (212) 808-7800
      Fax: (212) 808-7897
      E-mail: ldowning@kelleydrye.com
            rward@kelleydrye.com

Counsel for Equiniti Trust Company