USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2025

July 15, 2025

Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Stansell* Plaintiffs' and Citibank, N.A. Expedited joint letter-motion for leave **to file under seal** one single Exhibit being attached to Plaintiffs' July 21, 2025 Memorandum *Stansell et al. v. FARC et al. Case No. 16-mc-405-LGS-SN*

Dear Judge Netburn:

Your Honor's Order ECF 560 lifted the stay for briefing on Plaintiffs' turnover motion on the Citibank blocked securities account (SIX SIS-Lopez Bello-Yakima Trading). As required by Individual Practices 3.F., Plaintiffs and Citibank have conferred regarding one exhibit that Plaintiffs will be filing, which was previously sealed in the SDFL upon Joint Motion.

Plaintiffs and Citibank agree that the subject exhibit [detailed listing of the specific security IBIN identifying numbers and related security asset investment information] should be filed as Confidential Information under seal due to Citibank's legal and contractual obligations to maintain as confidential the specific investments in the blocked account.

Accordingly, Plaintiffs and Citibank request leave of Court to file the one single Exhibit 8 only (totaling 3 pages) under seal in the CM/ECF system so that it cannot be publicly viewed, with viewing access limited only to the Plaintiffs, Citibank, SIX SIS, Lopez and Yakima.

Dated: July 15, 2025

Respectfully submitted,

/s/ Tony Korvick
NEWTON P. PORTER
TONY KORVICK
(Admitted *Pro Hac Vice*)
nporter@porterandkorvick.com
tkorvick@porterandkorvick.com
PORTER & KORVICK, P.A.
4000 Ponce de Leon Blvd. Suite 470
Coral Gables, Florida 33146

---

The request to file one exhibit under seal is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 16, 2025
       New York, New York