```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/2/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEITH STANSELL, et al.,

                    Plaintiffs,            16-MC-00405 (LGS)(SN)

      -against-                                  **ORDER**

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,

                    Defendants.
----------------------------------------------------------------- X
----------------------------------------------------------------- X

OLIVIA PESCATORE, et al.,

                    Plaintiffs,            18-MC-00545 (LGS)(SN)

      -against-

JUVENAL OVIDIO RICARDO PALMERA
PIENDA, et al.,

                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      On Monday, September 29, 2025, the parties appeared before me for a status conference. Based on the discussion, the Court directs the parties as follows:

      By Tuesday, October 14, 2025, Samark Lopez Bello and Yakima Trading shall file their response to the Plaintiffs' turnover motion, ECF No. 563,[1] and the joint proposal and final judgment submitted by Citibank, SIX SIS, and the Plaintiffs, ECF Nos. 581, 582. By Tuesday, October 21, 2025, the Plaintiffs and any other interested parties shall file their replies. If

---

[1] Unless otherwise noted, all ECF numbers refer to the Stansell docket, No. 16-mc-00405.

necessary, the Court will issue further instructions to the parties—including Citibank and SIX SIS—on briefing the Phase II issues.

The Court has received Antonio Caballero's confirmation that he intends to pursue his claims related to Citibank interpleader ECF No. 225. See ECF No. 597. The Court will also take under advisement the prior briefing and the supplementary materials filed on September 30, 2025, see ECF Nos. 591, 594, on the issue of which counsel has the authority to represent the subsidiaries of PDVSA and BANDES. All other briefing deadlines are held in abeyance until the Court orders otherwise.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 2, 2025
         New York, New York