UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/17/202
```

KEITH STANSELL, et al.,

                Plaintiffs,              16-MC-00405 (LGS)(SN)

       -against-                        **ORDER**

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,

                Defendants.
--------------------------------------------------------------- X
--------------------------------------------------------------- X

OLIVIA PESCATORE, et al.,

                Plaintiffs,              18-MC-00545 (LGS)(SN)

      -against-

JUVENAL OVIDIO RICARDO PALMERA
PIENDA, et al.,

                Defendants.
------------------------------------------------------------------X
------------------------------------------------------------------X

In re:

                                              20-MC-00249 (LGS)(SN)

    **CLAIMS AGAINST THE
    VALERO-PETROCEDENO
    ACCOUNT**

------------------------------------------------------------------X
------------------------------------------------------------------X

MEUDY ALBAN OSIO, et al.,

                Plaintiffs,              25-MC-00390 (LGS)(SN)

      -against-

NICOLAS MADURO MOROS, et al.,

                Defendants.
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

All the above-captioned cases were assigned to Judge Lorna Schofield and referred to me. In light of the reassignments, and to ensure these cases move forward in the most efficient manner, the Court directs the parties as follows:

By October 21, 2025, the Stansell and Pescatore Plaintiffs and any other interested parties must file their reply briefs on (1) the Plaintiffs' turnover motion filed on July 21, 2025; and (2) the joint proposal and final judgment filed by Citibank, SIX SIS, and the Plaintiffs on September 26, 2025. See No. 16-mc-405, ECF No. 598. Lopez Bello and Yakima Trading Corp. ("Yakima") filed their opposition brief on October 14, 2024. No. 16-mc-405, ECF No. 599. This briefing schedule relates to the collection proceeding initiated by the Plaintiffs against the blocked assets owned by Lopez Bello and Yakima and held by Citibank. See No. 16-mc-405, ECF Nos. 323, 324. This proceeding does not involve the accounts of Venezuelan state-owned entities, affiliates, or subsidiaries.

The parties to In re Claims Against the Valero-Petrocedeno Account, No. 20-mc-249, must meet and confer on whether additional briefing is necessary for the common issue of which counsel—White & Case or the team of Kellner Herlihy and Leon Gosgrove Jimenz—is authorized to represent the PDVSA and BANDES subsidiaries (the "authority-to-represent" issue). The parties must file a joint letter stating their views by October 24, 2025. Judge Valerie Caproni ordered that simultaneous opening briefs on this issue would be due by October 29, 2025, and reply briefs would be due by November 19, 2025. See No. 20-mc-249, ECF No. 192. But the same issue has been fully briefed in Stansell, No. 16-mc-405, and Pescatore, No. 18-mc-545, as of September 30, 2025. See No. 16-mc-405, ECF Nos. 591, 594 (supplements to briefing

2

initially completed in January 2022). The Court prefers to avoid duplicative briefing and intends to resolve the authority-to-represent issue as expeditiously as possible.

By October 31, 2025, JPMorgan Chase Bank, N.A. must file an Amended Consolidated Interpleader. See No. 20-mc-249, ECF No. 192.

By November 3, 2025, the Stansell, Pescatore, and Osio Plaintiffs must file a joint status letter that includes a concise summary of all pending writs, interpleaders, motions, and claims involved in these related cases. The Plaintiffs should follow a format similar to the Stansell pre-conference submissions on September 26 and 29, 2025. See No. 16-mc-405, ECF Nos. 584, 587.

Other than the deadlines listed above, these cases are stayed pending resolution of the authority-to-represent issue. This stay does not apply to (1) the filing of additional briefing on the authority-to-represent issue, if the Court orders such briefing; or (2) the collection proceedings not involving the accounts of Venezuelan state-owned entities, affiliates, or subsidiaries. See No. 16-mc-405, ECF Nos. 324, 598 (setting schedule for resolution of Citibank interpleader). Once the authority-to-represent issue is decided, the Court will issue further instructions.

Finally, as a result of the reassignments, the Clerk of the Court is respectfully directed to close certain motions in Osio, No. 25-mc-390. First, ECF Nos. 11 and 16 are now moot because those letter motions requested transfer and consolidation or relatedness determinations. Second, the Osio Plaintiffs moved to voluntarily withdraw their pending motion for a writ of execution and appointment of a special process server, ECF Nos. 3, 8, 9, because they intended to refile in In re Claims Against the Valero-Petrocedeno Account. ECF No. 17. The Court grants their request, subject to the stay entered above.

## CONCLUSION

The Court directs the parties to comply with the deadlines established in this Order. As explained above, these cases are stayed pending resolution of the authority-to-represent issue. The Clerk of the Court is respectfully directed to close the pending motions at ECF Nos. 3, 8, 9, 11, and 16 in Osio, No. 25-mc-390.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   October 17, 2025
         New York, New York