USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEITH STANSELL, et al.,

                             **Plaintiffs,**             **16-MC-00405 (LGS)(SN)**

              -against-                          **ORDER**

REVOLUTIONARY ARMED FORCES OF
COLOMBIA (FARC), et al.,

                             **Defendants.**
------------------------------------------------------------ X
------------------------------------------------------------ X
OLIVIA PESCATORE, et al.,

                             **Plaintiffs,**             **18-MC-00545 (LGS)(SN)**

              -against-

JUVENAL OVIDIO RICARDO PALMERA
PIENDA, et al.,

                             **Defendants.**
-----------------------------------------------------------X
-----------------------------------------------------------X

In re:

                                     **20-MC-00249 (LGS)(SN)**

     **CLAIMS AGAINST THE
     VALERO-PETROCEDENO
     ACCOUNT**

-----------------------------------------------------------X
-----------------------------------------------------------X
MEUDY ALBAN OSIO, et al.,

                             **Plaintiffs,**             **25-MC-00390 (LGS)(SN)**

              -against-

NICOLAS MADURO MOROS, et al.,

                             **Defendants.**
-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

These cases presented a threshold issue of which counsel—White & Case or the team of Leon Cosgrove Jimenez and Kellner Herlihy—was authorized to represent certain Venezuelan state-owned entities (the "authority-to-represent" issue). At the Court's invitation, the United States filed a statement of interest confirming the U.S. Government's "normalization of relations with Venezuela under interim President Delcy Rodriguez." ECF No. 621 at 1, Ex. A.[1] But the Government otherwise declined to opine on the authority-to-represent issue. Id. at 2. Competing counsel then asked for a stay of most activity in these cases so that the Venezuelan state-owned entities could designate permanent counsel. The Court granted this stay until May 21, 2026. See ECF No. 626 at 2.

On May 8, 2026, the team of Leon Cosgrove Jimenez and Kellner Herlihy notified the Court that it has been "designated as permanent counsel in the above-captioned actions by the clients listed below under the United States-recognized administration of President Delcy Rodriguez." ECF No. 629 at 1. Their designation covers the following 14 Venezuelan state-owned entities: (1) Aceites y Solventes Venezolanos Vassa, S.A.; (2) Banco Bandes Uruguay, S.A.; (3) Banco Bicentenario del Pueblo, de la Clase Obrera, Mujer y Comunas, Banco Universal, C.A. (n/k/a Banco Digital de los Trabajadores, Banco Universal C.A); (4) Banco de Venezuela S.A., Banco Universal; (5) Ministerio del Poder Popular de Economía y Finanzas (Republica Bolivariana de Venezuela); (6) PDV Marina, S.A.; (7) Petro San Felix, S.A.; (8) Petrocedeno, S.A.; (9) Petroleos de Venezuela, S.A.; (10) Petrowarao, S.A.; (11) Venezuelan Heavy Industries C.A.; (12) Venfleet Asphalt, Ltd.; (13) Venfleet Products, Ltd.; and (14) Venfleet, Ltd. See id. at 1–2.

---

[1] Unless otherwise noted, all ECF numbers refer to the Stansell v. FARC docket, No. 16-mc-405.

White & Case filed a corresponding motion to withdraw as counsel for the above 14 Venezuelan state-owned entities. ECF No. 630. That motion is unopposed. Id.; see ECF No. 631 ¶ 10. The parties and counsel agree that the designation of Leon Cosgrove Jimenez and Kellner Herlihy resolves the authority-to-represent issue for these cases without any further litigation. See ECF Nos. 629 at 2, 625 at 1 (joint letter). The Court thus finds good cause for granting White & Case's motion to withdraw as counsel.

In light of this resolution of the authority-to-represent issue, the stay of certain activity until May 21, 2026, is now unnecessary. See ECF No. 631 ¶ 9. The Court therefore lifts the stay on activity related to the Venezuelan state-owned entities. See ECF No. 626 at 2.

## CONCLUSION

The team of Leon Cosgrove Jimenez and Kellner Herlihy has been designated as permanent counsel in this litigation for the above-listed Venezuelan state-owned entities. White & Case's motion to withdraw as counsel is thus GRANTED. All White & Case attorneys who entered appearances in any of the above-captioned cases are discharged from any and all further obligations of representation for the Venezuelan state-owned entities. Additionally, the Court LIFTS the stay on activity in these cases related to the Venezuelan state-owned entities.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 630; No. 18-mc-545, ECF No. 201; No. 20-mc-249, ECF No. 252; and No. 25-mc-390, ECF No. 50.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:       May 15, 2026
             New York, New York

3