UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK
_____

KEITH STANELL, *et al.*                                    16-MC-00405 (LGS)(SN)

                          Plaintiffs,


              -against-

REVOLUTIONARY ARMED FORCES OF
COLUMBIA (FARC) *et al.*,

                          Defendants,

_____

OLIVIA PESCATORE *et al.*                                  18-MC-00545 (LGS)(SN)

                          Plaintiffs,


              -against-

JUVENAL OVIDIO RICARDO PALMERA
PIENDA et al.

                          Defendants,

_____

In re:                                                     20-MC-00249 (LGS)(SN)

         CLAIMS AGAINS THE
         VALERO-PETROCEDENO
         ACCOUNT


_____

                                                           25-MC-00390 (LGS)(SN)

MEUDY ALBAN OSIO, *et al.*

                          Plaintiffs,


              -against-

NICOLAS MADURO MOROS, *et al.*

                          Defendants.

_____

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that undersigned counsel, Stephen S. Stallings, of the law firm of **León Cosgrove Jiménez, LLP**, is admitted to practice *Pro Hac Vice* in this Court and appears in the above-styled actions as counsel for the following:

1. Aceites y Solventes Venezolanos Vassa, S.A.

2. Banco Bandes Uruguay, S.A.

3. Banco Bicentenario del Pueblo, de la Clase Obrera, Mujer y Comunas, Banco

4. Universal, C.A. (n/k/a Banco Digital de los Trabajadores, Banco Universal C.A);

5. Banco de Venezuela S.A., Banco Universal;

6. Ministerio del Poder Popular de Economía y Finanzas (Republica Bolivariana de Venezuela);

7. PDV Marina, S.A.

8. Petro San Felix, S.A.

9. Petrocedeno, S.A.

10. Petroleos de Venezuela, S.A.

11. Petrowarao, S.A.

12. Venezuelan Heavy Industries C.A.

13. Venfleet Asphalt, Ltd.

14. Venfleet Products, Ltd.

15. Venfleet, Ltd.

It is requested that a copy of all notices and other papers in this proceeding directed at the above-listed entities be served upon him at the office address listed below. The filing parties expressly reserve, and do not waive, all of their rights, privileges, immunities, and defenses, including, but not limited to, lack of subject-matter and personal jurisdiction and ineffective service of process.

Dated:  May 18, 2026

Respectfully submitted,

*/s/ Stephen S. Stallings*
Marcos Daniel Jiménez
New York Bar No. 4881736
Stephen S. Stallings
(Admitted *Pro Hac Vice*)
Kathryn Marie Decker
New York Bar No. 6129407
LEÓN COSGROVE JIMÉNEZ, LLP
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (305) 740-1975
Email:  mdj@leoncosgrove.com
Email: sstallings@leoncosgrove.com
Email: kdecker@leoncosgrove.com